■ MOHEGAN INTERNATIONAL CORPORATION, Appellant, v. CITY OF NEW YORK et al., Respondents.— Order and judgment (one paper) unanimously affirmed, with costs to the respondents. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ. [17 Misc 2d 104.]

■ J. & H. STOLOW, a Copartnership, et al., Respondents, v. SCOTT PUBLICATIONS, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of the Arbitration between ARCHIBALD H. TRACY, Respondent, and HARRY MEYERSON, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ . THE PEOPLE OF THE STATE OF NEW YORK, ex rel. ROBERT CONKLIN, Appellant, against NEW YORK STATE DIVISION OF PAROLE et al., Respondents.— Order unanimously affirmed, without costs. This proceeding was erroneously treated by respondents as an application for a writ of habeas corpus. The petition states that the "proceeding is initiated under Article 78 of the Civil Practice Act * * * to compel the herein designated respondents to perform the duties specifically enjoined by law." The petitioner claims that the Parole Board failed to give him a hearing as required by section 218 of the Correction Law before passing upon charges relating to misconduct while a prison inmate. We find that appellant had a hearing before the board that satisfied the requirements of that section of the Correction Law. Therefore, it is unnecessary to pass upon the scope and extent of judicial review available where a hearing has been had. (Cf. Matter of Hines v. State Board of Parole, 293 N. Y. 254, 257; Matter of Razukas v. New York State Dept. of Correction, 186 Misc. 429, 433, aff'd. 270 App. Div. 1074). Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of the Election of Directors of the HERBERT MCLEAN PURDY MANAGEMENT CORPORATION. FRANCES M. PURDY et al., Individually and as Executrices of HERBERT MCL. PURDY, Deceased, Appellants; HERBERT MCLEAN PURDY MANAGEMENT CORPORATION et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.